IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00449-WYD-KLM

MICHELLE BIGLEN,

    Plaintiff,

v.

WAKEFIELD & ASSOCIATES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties Stipulation to Dismiss Case With Prejudice (ECF No. 18) and the Court's review of the file, it is hereby

ORDERED that this case is hereby **DISMISSED WITH PREJUDICE** and each party shall bear its own attorney's fees and costs.

Dated:  April 26, 2011

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge